UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER BARTLETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN, Commissioner,<br>Social Security Administration<br><br>　　　　Defendant. | Case No.:　3:14-CV-01084-HZ<br><br><br><br>ORDER AWARDING ATTORNEY<br>FEES PER 28 USC 2412(d) |

　　Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $ 4,197.38 is awarded to Plaintiff. It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address at: 1336 E. Burnside St., Suite 130, Portland OR 97132. If Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.

　　IT IS SO ORDERED this __21__ day of September, 2015.

　　　　　　　　　　　　　　　　　　　　*Marco Hernandez*
　　　　　　　　　　　　　　　　　　　　MARCO A. HERNANDEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE